IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADVERTIR INC.,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | **No. 12-1352** |
| : | |
| **PEERLESS INDEMNITY INSURANCE** : | |
| **COMPANY,** : | |
| **Defendant.** : | |

# ORDER

**AND NOW**, this 29th day of August, 2013, upon consideration of the parties' Cross-Motions for Summary Judgment (Doc. Nos. 10, 16), and the responses thereto, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that:

1.    Defendant's Motion for Summary Judgment (Doc. No. 10) is **GRANTED**;

2.    Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **DENIED**;

3.    **JUDGMENT** is entered in favor of Defendant;

4.    The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**